1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RONNIE O. BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>LEE BACA, SHERIFF, COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. CV 08-5362-CAS (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Report and Recommendation.

IT IS ORDERED that a Judgment be issued dismissing the action without prejudice.

Each party to bear its own costs.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2  of this Order and the Judgment of this date on the plaintiff and counsel for
3  defendants.

4

5  DATED: 7/9/09

6

7  _____
8  CHRISTINA A. SNYDER
   United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28