UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

RONNIE O. BROWN,

Plaintiff,

vs.

LEE BACA, SHERIFF, COUNTY OF LOS ANGELES, et al.,

Defendants.

Case No. CV 08-5362-CAS (JWJ)

JUDGMENT

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the entire action without prejudice.

DATED: 7/9/09

Christina A. Snyder

CHRISTINA A. SNYDER
United States District Judge